AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Nisa T. Toum <br> *Plaintiff(s)* <br> v. <br> Moda Partners, Inc., Moda Inc., dba Moda Health, Moda Health Services and Moda Health Plan, Inc. <br> *Defendant(s)* | Civil Action No. 3-20-cv-01832-MO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Moda Partners, Inc.
601 SW 2nd Avenue
Portland, Oregon 97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nisa T. Toum
Pro Se Litigant
17500 NE 38th Way
Vancouver, WA 98682

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/19/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Nisa T. Toum

*Plaintiff(s)*

v.  Civil Action No. 3-20-cv-01832-MO

Moda Partners, Inc., Moda Inc., dba Moda Health, Moda Health Services and Moda Health Plan, Inc.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Moda Inc., dba Moda Health
601 SW 2nd Avenue
Portland, Oregon 97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nisa T. Toum
Pro Se Litigant
17500 NE 38th Way
Vancouver, WA 98682

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/19/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

Nisa T. Toum

*Plaintiff(s)*

v.   Civil Action No. 3-20-cv-01832-MO

Moda Partners, Inc., Moda Inc., dba Moda Health, Moda Health Services and Moda Health Plan, Inc.

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Moda Health Services
601 SW 2nd Avenue
Portland, Oregon 97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nisa T. Toum
Pro Se Litigant
17500 NE 38th Way
Vancouver, WA 98682

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/19/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Nisa T. Toum <br> *Plaintiff(s)* <br> v. <br> Moda Partners, Inc., Moda Inc., dba Moda Health, Moda Health Services and Moda Health Plan, Inc. <br> *Defendant(s)* | Civil Action No. 3-20-cv-01832-MO |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Moda Health Plan, Inc.
    601 SW 2nd Avenue
    Portland, Oregon 97204

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Nisa T. Toum
    Pro Se Litigant
    17500 NE 38th Way
    Vancouver, WA 98682

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/19/2021

*Signature of Clerk or Deputy Clerk*