Aaron W. Baker, OSB # 922220
aaron@awbakerlaw.com
Serena L. Liss, OSB #154799
serena@awbakerlaw.com
BAKER LAW PC
1 SW Columbia St., Suite 1850
Portland, OR 97204
Phone: 503/ 234-8800
Fax: 503/ 525-0650

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

NISA TOUM,

Plaintiff,

v.

MODA PARTNERS, INC., MODA, INC. DBA MODA HEALTH, MODA HEALTH SERVICE AND MODA HEALTH PLAN, INC.,

Defendants.

**Case No. 3:20-cv-01832-MO**

STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff and Defendants, by and through their counsel of record, hereby stipulate that this action and all claims and counterclaims herein shall be dismissed with prejudice and without attorney fees or costs to any party.

DATED: May 16, 2023.

BAKER LAW PC

*s/ Serena L. Liss*
Aaron W. Baker, OSB No. 922220
Serena L. Liss, OSB No. 154799
Of Attorneys for Plaintiff

BARRAN LIEBMAN LLP

*s/Andrew M. Schpak*[1]
Andrew M. Schpak, OSB No. 044080
Natalie M. Pattison, OSB No. 204214
Of Attorneys for Defendant

[1] Pursuant to Local Rule 11-1(b)(2), Plaintiff's counsel represents that Defendants' counsel has stipulated to the present filing.



**BAKER LAW PC**
1 SW Columbia St, Suite 1850
Portland, Oregon 97204
Telephone (503) 234-8800